FILED ___ ENTERED
___ LOGGED _____ RECEIVED

10:09 am, Mar 12 2021
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____DG_____Deputy



LBG/KDS: USAO 2020R00864

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO.** PWG 21-cr-64 |
| v. | * | |
| | * | **(Conspiracy to Defraud the United** |
| **LENORE GAIL WORTHY,** | * | **States, 18 U.S.C. § 371; Aiding and** |
| | * | **Assisting in the Preparation of False** |
| Defendant | * | **Tax Returns, 26 U.S.C. § 7206(2))** |
| | * | |
| | * | |

**\*\*\*\*\*\*\***

## INFORMATION

### COUNT ONE
**(Conspiracy to Defraud the United States)**

The United States Attorney for the District of Maryland charges that:

At times relevant to this Information:

### Introduction and Background

1. Defendant **LENORE GAIL WORTHY** ("**WORTHY**"), Co-Conspirator 1, and Co-Conspirator 3 were relatives.

2. **WORTHY**, Co-Conspirator 1, and Co-Conspirator 3 were in the business of preparing and filing U.S. Individual Income Tax Returns ("Forms 1040") and related Internal Revenue Service ("IRS") Schedules and Forms on behalf of client-taxpayers for submission to the IRS. **WORTHY**, Co-Conspirator 1, and Co-Conspirator 3 operated their tax preparation business from a shared office in Temple Hills, Maryland.

3. **WORTHY**, Co-Conspirator 1, and Co-Conspirator 3 conducted business under a variety of business names, including but not limited to: Jackson Fortune Professionals Services;

Tax Terminatorz, Inc.; United Tax Services, LLC; Fortune's Professional Services, LLC; Fortune and Associates; and Refunds-To-Go Largo.

4. The IRS was an agency of the United States Department of Treasury responsible for administering the federal tax laws, including the ascertainment, computation, assessment, and collection of federal taxes, including income taxes.

5. An Electronic Filing Identification Number ("EFIN") was a unique, non-transferable identification number assigned by the IRS to a business that had completed an IRS e-file application to become an authorized IRS e-file provider and had passed a suitability check, in order to provide electronic tax return filing services to client-taxpayers. The IRS had the ability to suspend or revoke a previously-assigned EFIN.

6. On or about March 7, 2008, the IRS assigned EFIN xx5091 to United Tax Services, which was owned by **WORTHY**. On or about August 3, 2010, the IRS assigned EFIN xx8014 to Fortune's Professional Services, which was owned by Co-Conspirator 3.

7. A Form 1040, U.S. Individual Income Tax Return ("Form 1040"), was an income tax return filed with the IRS that reported, among other items, an individual's income, deductions, and credits to determine the amount of federal tax owed by the individual. A Schedule A, Itemized Deductions ("Schedule A"), was a document attached to a Form 1040 that reported certain deductible expenses, including but not limited to medical and dental expenses, gifts to charity, and unreimbursed employee expenses. A Schedule C, Profit or Loss from Business ("Schedule C"), was a document attached to a Form 1040 that reported, among other items, gross receipts, expenses, profit, and loss from a sole proprietorship.

8. **WORTHY**, Co-Conspirator 1, and Co-Conspirator 3 prepared false and fraudulent Forms 1040 and related Schedules and Forms for client-taxpayers for tax years 2011

through 2018 through a number of means.  For example, **WORTHY**, Co-Conspirator 1, and Co-Conspirator 3 attached Schedules C to Forms 1040 that reported businesses that their clients did not own, operate, and materially participate in, and business losses that their clients did not incur. **WORTHY**, Co-Conspirator 1, and Co-Conspirator 3 also attached Schedules A to Forms 1040 that reported inflated or fictitious deductions for, among other things, medical expenses, gifts to charity, and unreimbursed employee expenses.  Through those means, **WORTHY**, Co-Conspirator 1, and Co-Conspirator 3 caused their clients to file false Forms 1040 that reported reduced tax liabilities and fraudulently claimed increased tax refunds.

9. On or about December 18, 2001, Co-Conspirator 1 became ineligible to pass the required suitability check required to register a business for an EFIN.  Thereafter, Co-Conspirator 1 obtained United Tax Services' EFIN in order to submit false and fraudulent Forms 1040 and related IRS Schedules and Forms to the IRS for client-taxpayers, which returns listed a different paid tax return preparer than Co-Conspirator 1 and a different tax preparer firm than Co-Conspirator 1's firms.  Co-Conspirator 1 paid **WORTHY** a fee each time Co-Conspirator 1 electronically filed a tax return using United Tax Services' EFIN and other IRS identifiers assigned to **WORTHY**.

10. On or about April 7, 2015, Taxpayer 1 and Taxpayer 2, who were IRS agents acting in undercover capacities, each participated in a separate appointment with Co-Conspirator 1 and **WORTHY**, respectively.  During Taxpayer 1's appointment, Co-Conspirator 1 prepared a false and fraudulent 2014 Form 1040 that claimed moving expenses, gifts to charity, and unreimbursed employee expenses, all in excess of amounts that Taxpayer 1 provided to Co-Conspirator 1.  As a result, Co-Conspirator 1 caused Taxpayer 1 to fraudulently claim a refund of $1,959.  During Taxpayer 2's appointment, **WORTHY** prepared a false and fraudulent 2014

Form 1040 that claimed fictitious business losses that Taxpayer 2 did not report to **WORTHY**. As a result, **WORTHY** caused Taxpayer 2 to fraudulently claim a refund of $4,499 and stated, "so that's why I charge $350."

11. On or about August 17, 2015, the IRS expelled **WORTHY** and United Tax Services from the IRS e-file program. Thereafter, Co-Conspirator 1 and **WORTHY** provided Co-Conspirator 3 with an office in exchange for use of Fortune's Professional Services' EFIN and other IRS identifiers assigned to Co-Conspirator 3.

12. On or about December 15, 2017, the IRS expelled Co-Conspirator 3 and Fortune's Professional Services from the IRS e-file program. Thereafter, Co-Conspirator 3 obtained an EFIN held in the name of another e-file provider ("E-File Provider #1"), which the IRS had issued to E-File Provider #1 on January 5, 2007. **WORTHY**, Co-Conspirator 1, and Co-Conspirator 3 used E-File Provider #1's EFIN to continue filing false and fraudulent Forms 1040 and related IRS Schedules and Forms on behalf of client-taxpayers.

## The Conspiracy

13. From on or about February 8, 2012, through in or about November 2020, in the District of Maryland and elsewhere, the defendant,

**LENORE GAIL WORTHY,**

did unlawfully, voluntarily, intentionally, and knowingly conspire, combine, confederate, and agree with Co-Conspirator 1 and Co-Conspirator 3, and with others, both known and unknown to the United States Attorney, to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the Internal Revenue Service of the Treasury Department in the ascertainment, computation, assessment, and collection of the revenue.

**Manner and Means of the Conspiracy**

It was part of the conspiracy that:

14. **WORTHY**, Co-Conspirator 1, and Co-Conspirator 3 prepared and filed with the IRS, and caused to be prepared and filed with the IRS, false Forms 1040 in the names of their clients.  Specifically, **WORTHY**, Co-Conspirator 1, and Co-Conspirator 3 fabricated and inflated items on their clients' Schedules A and C, the effect of which was to lower the total taxable income reported by their clients to the IRS.

15. **WORTHY**, Co-Conspirator 1, and Co-Conspirator 3 exchanged EFINs and other identifying information after the IRS expelled the conspirators and their tax return preparation businesses from the IRS e-file program.

16. Co-Conspirator 1 and **WORTHY** provided their clients with versions of tax returns that differed from the versions that Co-Conspirator 1 and **WORTHY** ultimately filed with the IRS.

17. **WORTHY**, Co-Conspirator 1, and Co-Conspirator 3 used varying business names in order to conceal their operation of a single, continuous enterprise.

18. **WORTHY**, Co-Conspirator 1, and Co-Conspirator 3 shared tax preparation computer software accounts for the purpose of electronically preparing and filing fraudulent tax returns.

19. **WORTHY**, Co-Conspirator 1, and Co-Conspirator 3 caused fees to be deducted from their clients' fraudulently claimed refunds and deposited into a bank account.  **WORTHY** distributed, and caused to be distributed, proceeds from the fee-receiving bank account to herself and to Co-Conspirator 1 and Co-Conspirator 3.

## Overt Acts

20. In furtherance of the conspiracy, and to effect the illegal objects thereof, at least one of the co-conspirators performed, participated in, and committed the following acts, among others, in the District of Maryland and elsewhere:

*Fraudulent Tax Returns*

21. On or about April 7, 2015, **WORTHY** assisted in the preparation of a false 2014 Form 1040 for Taxpayer 2. Specifically, **WORTHY** fraudulently claimed a refund by adding false business expenses to the Schedule C attached to the 1040.

*Concealing Preparer Identity*

22. From on or about February 8, 2012, through on or about August 17, 2015, Co-Conspirator 1 used United Tax Services' EFIN and other IRS identifiers belonging to **WORTHY** in order to conceal her preparation of federal income tax returns, including but not limited to the following:

    a. a 2012 Form 1040 for Taxpayer 4, on or about February 3, 2013; and

    b. a 2014 Form 1040 for Taxpayer 1, on or about April 14, 2015.

23. From on or about August 17, 2015, through on or about December 15, 2017, Co-Conspirator 1 and **WORTHY** used Fortune's Professional Services' EFIN and other IRS identifiers assigned to Co-Conspirator 3 in order to conceal their preparation of federal income tax returns, including but not limited to the following:

    a. a 2015 Form 1040 for Taxpayer 14, on or about February 2, 2016; and

    b. a 2016 Form 1040 for Taxpayer 4, on or about March 23, 2017.

24. From on or about December 15, 2017, through in or about November 2020, **WORTHY**, Co-Conspirator 1, and Co-Conspirator 3 used E-File Provider #1's EFIN and other

IRS identifiers belonging to Co-Conspirator 3 in order to conceal their preparation of federal income tax returns, including but not limited to a 2017 Form 1040 for Taxpayer 14 on or about February 14, 2018.

18 U.S.C. § 371

## COUNT TWO
### (Aiding and Assisting in the Preparation of False Tax Returns and Other Documents)

The United States Attorney for the District of Maryland further charges that:

### Introduction

1. Paragraphs 1 through 12 of Count One are incorporated here.

### The Charge

2. On or about April 7, 2015, in the District of Maryland and elsewhere, the defendant,

**LENORE GAIL WORTHY,**

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation under, and in connection with a matter arising under, the Internal Revenue laws, of returns, claims, and other documents, to wit: a Form 1040 of Taxpayer 2 for the calendar year 2014, whose identity is known to the United States Attorney, which return was false and fraudulent as to a material matter, in that it reported that Taxpayer 2's total taxable income was $13,726, whereas, as the defendant then and there knew, Taxpayer 2's total taxable income was significantly higher.

26 U.S.C. § 7206(2)

*Leah B. Grossi*
Digitally signed by LEAH GROSSI
Date: 2021.03.11 23:27:45 -05'00'

*Jonathan F. Lenzner*

Date: March 12, 2021

Jonathan F. Lenzner
Acting United States Attorney